AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Priority Mail parcel bearing tracking number 9305 5105 4950 0000 1434 46 (Subject Parcel), as further described on Attachment A, and currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276

Case No. 26-mj-6230-BGS

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____________ District of KANSAS
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel bearing tracking number 9305 5105 4950 0000 1434 46 (Subject Parcel), as further described on Attachment A, and currently located at the Wichita Domicile of the United States Postal Inspection Service located at 7117 West Harry Street, Wichita, Kansas 67276.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Items to be seized from the Subject Parcel include controlled substances; specifically marijuana, cocaine, methamphetamine, fentanyl and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency or money orders.

**YOU ARE COMMANDED** to execute this warrant on or before 10/2/2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Brooks G. Severson .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________ .

Date and time issued: 9/18/2026 at 4:20 P.M.

Brooks Severson
*Judge's signature*

City and state: Wichita, Kansas

HONORABLE BROOKS G. SEVERSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 26-mj-6230-BGS | Date and time warrant executed: 9/25/26 1:07 pm | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of : Nick Jones

Inventory of the property taken and name of any person(s) seized:

50 THC Vape Cartridges

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/25/26

[signature]
*Executing officer's signature*

Joshua Highfill / Postal Inspector
*Printed name and title*